IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § Civil Action No.: 4:17-CV-321-Y <br> 4D CIRCLE LLC a/k/a ENOETICS, § <br> MANTFORD C. HAWKINS, and § <br> DAVID E. BELL, § <br> § <br> Defendants. § <br> § | |

## APPENDIX TO THE RECEIVER'S FIRST QUARTERLY STATUS REPORT

Receiver, Lars L. Berg ("Receiver"), files this Appendix to the Receiver's First Quarterly Status Report. This appendix contains the following documents:

### INDEX

| Exhibit | Document | Page No. |
|---|---|---|
| 1. | Consolidated Financial Statement For 4D Circle For the Quarter Ended 6/30/17. | App. 1 |
| 2. | Cash Summary For 4D Circle For the Quarter Ended 6/30/17. | App. 2 |
| 3. | Income Statement For Operations of Liberty Bank Building For the Quarter Ended 6/30/17. | App. 3 |
| 4. | Income Statement For Operations of Lancaster Apartments For the Quarter Ended 6/30/17. | App. 4 |
| 5. | Income Statement For Operations of Stratton Apartments For the Quarter Ended 6/30/17. | App. 5 |
| 6. | Spread Sheet of All Properties related to 4D Circle. | App. 6 |
| 7. | Spreadsheet of Known Creditors | App. 7-9 |

Respectfully submitted,

*/s/ Lars L. Berg*
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Whitney D. Beckworth
State Bar No. 24087400
whitney.beckworth@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Telephone:  (817) 332-2500
Facsimile:  (817) 878-9280

**COURT-APPOINTMENT RECEIVER/ATTORNEYS FOR 4D CIRCLE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2017, a true and correct copy of the foregoing was served via CM/ECF to all parties of record.

*/s/ Lars L. Berg*
Lars L. Berg

App. 1

**4D Circle - Consolidated Income Statement**
**For the Quarter Ended 6/30/17**

|  | Quarter Ended 6/30/2017 | Duration of Receivership |
|---|---|---|
| *Income* | | |
| Rental Income | $ 338,723.70 | $ 338,723.70 |
| Total Income | $ 338,723.70 | $ 338,723.70 |
| *Expenses* | | |
| Operating Expenses | $ 264,019.69 | $ 264,019.69 |
| Interest Expense | 55,000.00 | 55,000.00 |
| Total Expenses | $ 319,019.69 | $ 319,019.69 |
| Net Income | $ 19,704.01 | $ 19,704.01 |

EXHIBIT 1

App. 1

## Cash Summary - Worthington National Bank

| *Stratton Apts. Acct.* | xxxx-915 | 4/30/17 | 5/31/17 | 6/30/17 |
|---|---|---|---|---|
| Credits | | | 37,567.00 | 31,825.00 |
| Debits | | (5.00) | (29,246.67) | (31,475.57) |
| Net Cash for Month | | (5.00) | 8,320.33 | 349.43 |
| Cumulative Cash | | (5.00) | 8,315.33 | 8,664.76 |
| *Lancaster Apts. Acct.* | xxxx-088 | | | |
| Credits | | | 46,946.00 | 43,824.00 |
| Debits | | (5.00) | (32,127.42) | (40,083.30) |
| Net Cash for Month | | (5.00) | 14,818.58 | 3,740.70 |
| Cumulative Cash | | (5.00) | 14,813.58 | 18,554.28 |
| *Liberty Bank Bldg.* | xxxx-070 | | | |
| Credits | | | 115,414.17 | 80,093.59 |
| Debits | | (5.00) | (78,217.65) | (91,323.51) |
| Net Cash for Month | | (5.00) | 37,196.52 | (11,229.92) |
| Cumulative Cash | | (5.00) | 37,191.52 | 25,961.60 |
| *4D Circle* | xxxx-137 | | | |
| Credits | | | 144,718.60 | 3.10 |
| Debits | | (5.00) | (34,340.00) | (38,898.57) |
| Net Cash for Month | | (5.00) | 110,378.60 | (38,895.47) |
| Cumulative Cash | | (5.00) | 110,373.60 | 71,478.13 |
| Total Cash - All Entities | | (20.00) | 170,694.03 | 124,658.77 |

EXHIBIT 2

App. 2

**4D Liberty LLC**
**For the Quarter Ended 6/30/17**

*Income*

| | | |
|---|---|---|
| Rental Income | $ | 172,215.84 |
| Other Income | | 7,873.86 |
| Total Income | $ | 180,089.70 |

*Expenses*

| | | |
|---|---|---|
| Operating Expenses | $ | 126,475.16 |
| Interest Expense | | 55,000.00 |
| Total Expenses | $ | 181,475.16 |
| Net Income | $ | (1,385.46) |

EXHIBIT 3

App. 4

**4D Circle Lancaster**
**For the Quarter Ended 6/30/17**

*Income*

| | |
|---|---:|
| Rental Income | 89,408.50 |
| Other Income | 309.50 |
| Total Income | 89,718.00 |

*Expenses*

| | |
|---|---:|
| Operating Expenses | 73,366.98 |
| Interest Expense | - |
| Total Expenses | 73,366.98 |
| Net Income | 16,351.02 |

EXHIBIT 4

**4D Circle Stratton**
**For the Quarter Ended 6/30/17**

*Income*

| | |
|---|---:|
| Rental Income | 68,821.18 |
| Other Income | 94.82 |
| Total Income | 68,916.00 |

*Expenses*

| | |
|---|---:|
| Operating Expenses | 64,177.55 |
| Interest Expense | - |
| Total Expenses | 64,177.55 |
| Net Income | 4,738.45 |

EXHIBIT 5

App. 5

| | Name of Property | Specific 4D Circle Subsidiary Involved | Property Description | Current Control of Property |
|---|---|---|---|---|
| | **4D Circle Properties - Status** | | | |
| 1 | Liberty | 4D Liberty LLC | Office building | Receivership |
| 2 | Lancaster | 4D Lancaster Property LLC | Apartments | Receivership |
| 3 | Stratton | 4D Stratton LLC | Apartments | Receivership |
| 4 | Executive Towers | 4D Executive Tower LLC | Office building | Matthews Group (Note 1) |
| 5 | Westfork | 4D Westfork LLC | Collection of properties slated for development | Matthews Group |
| 6 | Sivraj | 4D Sivraj LLC | Office building | Jarvis (Note 2) |
| 7 | Springbrook | 4D Springbrook LLC | Apartments | Foreclosed |
| 8 | 4D Lofts | 4D Lofts LLC | Apartments | Foreclosed |
| 9 | Tejas | 4D Tejas LLC | Office building | Sold |
| 10 | Las Brisas | 4D Las Brisas LLC | Apartments | Sold |
| 11 | Chiquita | 4D Chiquita LLC | Apartments | Sold |
| 12 | E-Normont | E-Normont LLC | 14 duplexes taking entire street | Sold |

Note 1 - The Matthews Group refers to Jeff Matthews, Richard Hill, and Greg Pierce, who all work as finance professionals and were involved with, and investors in, 4D Circle.

Note 2 - Jarvis refers to Roger L. Jarvis and a group of his family-related trusts that invested in 4D Circle.

EXHIBIT 6

App. 6

## LIST OF KNOWN CREDITORS

|   | Name and Address | Amount Claimed | Description |
|---|---|---|---|
| 1 | Investors listed in Exhibit 7.A | 9,753,553.04 | Investors in 4DC |
| 2 | Fort Worth Police Officers Assn<br>2501 Parkview Dr. Suite #600<br>Fort Worth, Texas 76102 | Lawsuit filed and claimed damages not yet established. | Lawsuit filed asserting claims related to investment in a construction project. |
| 3 | Graham Mortgage<br>3838 Oak Lawn Avenue #1250<br>Dallas, Texas 75219 | 4,000,000.00 | Mortgage on Liberty Bank |
| 4 | 7001 Partners<br>Post Office Box 1986<br>Fort Worth, TX 76101-1986 | 700,000.00 | Second Mortgage on Liberty Bank |
| 5 | Standard Insurance<br>19225 NW Tanasbourne Dr.<br>Hillsboro, OR 97124 | 3,441,127.39 | Mortgage on Lancaster Apartments and Stratton Apartments (single loan secured by both properties) |
| 6 | Centre Technologies, Inc.<br>5057 Keller Springs Road<br>Addison, TX 75001 | 175,565.77 | IT Services provided at various properties |
| 7 | Rama Services<br>2000 Lone Star Drive<br>Dallas, TX 75212 | 3,800.00 | Services rendered and lawsuit filed |
| 8 | Isaac Correa d/b/a Absolute Solutions Handy Man Service<br>c/o William M. Jacob<br>100 N Central Exp. #330<br>Richardson, TX 75080 | 12,530.00 | Services rendered and lawsuit filed |

EXHIBIT 7

App. 7

**Exhitbit A**

**4D CIRCLE LLC**
**Investor Summary**

| Investor Name | Address | City | State | Zip Code | Investment Total |
|---|---|---|---|---|---|
| Reuben Easterling | 3060 Pharr Court N. Apt. 715 | Atlanta | GA | 30305 | 25,000.00 |
| Trent Hardin | 125 Serrano | Weatherford | TX | 76087 | 25,000.00 |
| Jayson Coombes | PO Box 1233 | Frisco | TX | 75034 | 40,000.00 |
| Erick "Shane" Edwards | 16142 Marlove Rd. | Madill | OK | 73446 | 40,000.00 |
| Joshua Merrill | 212 Little Cat Track Rd | Weatherford | TX | 76085 | 30,000.00 |
| Chris MacFarland | 5 Heather Glen Circle | Trophy Club | TX | 76262 | 100,000.00 |
| Chris Alpert | 3454 Potomac Ave | Dallas | TX | 75205 | 25,000.00 |
| Laquetta Bradshaw | 317 W. Blanco Drive | Hobbs | NM | 88240 | 24,374.98 |
| Joy Peek | #1 Knightsbridge Place | Texarkana | TX | 75503 | 50,000.00 |
| Michele Peek | 6816 Brants Lane | Fort Worth | TX | 76116 | 25,000.00 |
| Stephen Mills | 14108 Rigney Drive | Midlothian | VA | 23113 | 71,082.24 |
| Dan Southard | 3609 Lawndale | Fort Worth | TX | 76133 | 25,000.00 |
| Eric D. Strafel | 4920 Joshua | Flower Mound | TX | 75028 | 25,000.00 |
| Jeffrey Scott Jiles | 3301 Hollow Creek | Arlington | TX | 76001 | 200,000.00 |
| Maureen Solomon | 4339 Bellaire Drive S | Fort Worth | TX | 76109 | 50,000.00 |
| Bob L and Sharon W Braun | 12503 Beauline Abbey St | Tomball | TX | 77377 | 100,000.00 |
| Sunwest Trust FBO Cynthia Kay Whitaker IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 100,000.00 |
| Sunwest Trust FBO Jeffrey M. Matthews IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 200,000.00 |
| | 16 Canyon Crest Court | Frisco | TX | 75034 | |
| Midland IRA, Inc. FBO Stephen Mills #1637702 | P. O. Box 07520 | Fort Myers | FL | 33919 | 60,000.00 |
| | 14108 Rigney Dr. | Midlothian | VA | 23113 | |
| Sunwest Trust FBO Eileen Isola IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 100,000.00 |
| | 5251 Apache Plume Rd #13106 | Fort Worth | TX | 76109 | |
| Red Dot/Blue Dot OAT (James Webb) (JM) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 1,000,000.00 |
| Yellow Dot/Brown Dot OAT (Ted Groesbeck) (JM) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 500,000.00 |
| Robert Alpert | 8737 Canyon Dr | Dallas | TX | 75209 | |
| Gregory Dunaway | 1000 Hazel Drive | Lantana | TX | 76226 | 100,000.00 |
| John Cech (CDA Rollover) | 2203 Abby Lane | Trophy Club | TX | 76262 | 500,000.00 |
| JHR Interests Corporation/Jason H. Reed | 3324 Miro Place | Dallas | TX | 75204 | 200,000.00 |
| Penrose Property Fund, LLC | 604 E. 4th St. #201 | Fort Worth | TX | 76102 | 250,000.00 |
| Fahmi Karam | 5515 Clermont Ct | Colleyville | TX | 76034 | 100,000.00 |
| Robert L. Clemens | 4700 Cresthaven Dr | Colleyville | TX | 76034 | 100,000.00 |
| Robert T. Rhodes (CDA Rollover) | 2833 Oakbriar Trail | Fort Worth | TX | 76109 | 400,000.00 |
| Jeffrey Scott Jiles | 3301 Hollow Creek | Arlington | TX | 76001 | 200,000.00 |
| Midland IRA, Inc. FBO Scott A. Hagood IRA #0231317 | P.O. Box 07520 | Fort Myers | FL | 33919 | 250,000.00 |
| | P.O. Box 2418 | Chicago | IL | 60690-2418 | |
| Britt Fair (CDA Rollover) | 2809 Hanover | Dallas | TX | 75225 | 49,166.66 |

Exhitbit A

**4D CIRCLE LLC**
**Investor Summary**

| Investor Name | Address | City | State | Zip Code | Investment Total |
|---|---|---|---|---|---|
| Ken Fisk | 3003 Hickory Grove Ct. | Fairfax | VA | 22031 | 150,000.00 |
| Priscilla Gould (CDA Rollover) | 5165 Verde Valley Ln. Apt. 2427 | Dallas | TX | 75254 | 85,000.00 |
| Jeffrey M. Matthews and Amy N. Brigman (Rollover) | 16 Canyon Crest Court | Frisco | TX | 75034 | 374,125.00 |
| John Godbey (CDA Rollover) | 1642 Crooked Creek Dr. | Carrollton | TX | 75007 | 250,000.00 |
| Timothy Tatarowicz | 3681 Shady Creek Ct | Frisco | TX | 75033 | 100,000.00 |
| Hunter Shadburne | 1725 Deerfield Dr. | Austin | TX | 78741 | 75,000.00 |
| ESSF Ventures (Chris Elley) | 4813 Woodview | Austin | TX | 78756 | 100,000.00 |
| Bret Tomlinson | 1004 Thornridge Ct. | Argyle | TX | 76226 | 50,000.00 |
| Samuel W. Allison | 5124 Pine Avenue | Waco | TX | 76710 | 50,000.00 |
| Britt Lewis Fair Trust | 2809 Hanover | Dallas | TX | 75225 | 100,000.00 |
| Curtis D. Karges | 3131 Memorial Ct. #22113 | Houston | TX | 77007 | 75,000.00 |
| Matthew Lewis | 1815 Chatfield Ln | Lucas | TX | 75002 | 50,000.00 |
| John E. Grimes | 5626 Stonegate Rd | Dallas | TX | 75209 | 100,000.00 |
| Burr Family Trust (Michael J. Burr) | 308 S. Vine St. | Hinsdale | IL | 60521 | 100,000.00 |
| Texas Size Properties (Grady Hobbs) | 216 James Drive | Heath | TX | 75032 | 50,000.00 |
| Merritt Plus, LLC (John Paul Merritt) | 4245 N. Central Expressway | Dallas | TX | 75205 | 50,000.00 |
| Hunter Carpenter | 3889 Maple Avenue, Suite 600 | Dallas | TX | 75219 | 50,000.00 |
| Sunwest Trust, Inc. FBO Deepak Kosla IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 99,700.00 |
|  | 862 Acadian Garden | Orleans | ON | K1C 2V6 |  |
| 7338 McHenry St. LTD/Morton L. and Thelma Rubin | 822 Cardinal Flower Dr | Richmond | TX | 77469 | 531,550.00 |
| WFD Lewes LLC/William F. D'Alonzo | 8094 Vizcaya Way | Naples | FL | 34108 | 100,000.00 |
| Pony Oil, LLC/John Paul Merritt | 4245 N. Central Expressway, #320, Box 109 | Dallas | TX | 75205 | 650,000.00 |
| Roger L. Jarvis | 19455 Juergen Road | Cypress | TX | 77433 | 1,025,369.16 |
| Roger L. Jarvis/Morris L. Monroe CoT of Biana L Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/John R. Jarvis CoT of John Robert Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/Morris L. Monroe CoT of Jacob Roger Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/Morris L. Monroe CoT of Gary Evan Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Hani Omar Taan | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Polymathex, LLC (Matt Neyland) | 1361 Misty Cove | Rockwall | TX | 75084 | 60,000.00 |
| Texhoma Capital Partners LLC (JM/GP) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 20,000.00 |
|  |  |  |  |  | **$9,753,553.04** |

App. 9