IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No.: 4:17-CV-321-Y |
| 4D CIRCLE LLC a/k/a ENOETICS, | § | |
| MANTFORD C. HAWKINS, and | § | |
| DAVID E. BELL, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX TO THE RECEIVER'S SECOND QUARTERLY STATUS REPORT**

Receiver, Lars L. Berg ("Receiver"), files this Appendix to the Receiver's Second Quarterly Status Report. This appendix contains the following documents:

**INDEX**

| Exhibit | Document | Page No. |
|---|---|---|
| 1. | Consolidated Financial Statement For 4D Circle For the Quarter Ended 9/30/17. | App. 1 |
| 2. | Cash Summary For 4D Circle For the Quarter Ended 9/30/17. | App. 2 |
| 3. | Income Statement For Operations of Liberty Bank Building For the Quarter Ended 9/30/17. | App. 3 |
| 4. | Income Statement For Operations of Lancaster Apartments For the Quarter Ended 9/30/17. | App. 4 |
| 5. | Income Statement For Operations of Stratton Apartments For the Quarter Ended 9/30/17. | App. 5 |
| 6. | Spread Sheet of All Properties related to 4D Circle. | App. 6 |
| 7. | Spreadsheet of Known Creditors | App. 7-9 |

        Respectfully submitted,

        */s/ Lars L. Berg*
        Lars L. Berg
        State Bar No. 00787072
        lars.berg@kellyhart.com
        Whitney D. Beckworth
        State Bar No. 24087400
        whitney.beckworth@kellyhart.com
        KELLY HART & HALLMAN LLP
        201 Main Street, Suite 2500
        Fort Worth, Texas  76102
        Telephone:  (817) 332-2500
        Facsimile:  (817) 878-9280

        **COURT-APPOINTMENT**
        **RECEIVER/ATTORNEYS**
        **FOR 4D CIRCLE, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 30, 2017, a true and correct copy of the foregoing was served via CM/ECF to all parties of record.

        */s/ Lars L. Berg*
        Lars L. Berg

App. 1

## 4D Circle - Consolidated Income Statement
### For the Quarter Ended 9/30/17

|  | Quarter Ended 9/30/2017 | Duration of Receivership |
|---|---|---|
| ***Income*** | | |
| Rental Income | $ 513,375.52 | $ 914,380.82 |
| Total Income | $ 513,375.52 | $ 914,380.82 |
| ***Expenses*** | | |
| Operating Expenses | $ 388,525.32 | $ 699,656.60 |
| Interest Expense | 167,621.00 | 250,121.00 |
| Total Expenses | $ 556,146.32 | $ 949,777.60 |
| Net Income | $ (42,770.80) | $ (35,396.78) |

**Cash Summary -**
**Worthington National Bank**

| | | 4/30/17 | 5/31/17 | 6/30/17 | 7/31/17 | 8/31/17 | 9/30/2017 |
|---|---|---|---|---|---|---|---|
| *Stratton Apts. Acct.* | xxxx-915 | | | | | | |
| Credits | | | 37,567.00 | 31,825.00 | 32,120.00 | 48,103.00 | 36,703.00 |
| Debits | | (5.00) | (29,246.67) | (31,475.57) | (36,782.23) | (25,890.23) | (56,572.96) |
| Net Cash for Month | | (5.00) | 8,320.33 | 349.43 | (4,662.23) | 22,212.77 | (19,869.96) |
| Cumulative Cash | | (5.00) | 8,315.33 | 8,664.76 | 4,002.53 | 26,215.30 | 6,345.34 |
| | | | | | | | |
| *Lancaster Apts. Acct.* | xxxx-088 | | | | | | |
| Credits | | | 46,946.00 | 43,824.00 | 40,978.00 | 48,265.00 | 47,196.50 |
| Debits | | (5.00) | (32,127.42) | (40,083.30) | (53,990.45) | (36,809.95) | (55,497.39) |
| Net Cash for Month | | (5.00) | 14,818.58 | 3,740.70 | (13,012.45) | 11,455.05 | (8,300.89) |
| Cumulative Cash | | (5.00) | 14,813.58 | 18,554.28 | 5,541.83 | 16,996.88 | 8,695.99 |
| | | | | | | | |
| *Liberty Bank Bldg.* | xxxx-070 | | | | | | |
| Credits | | | 115,414.17 | 80,093.59 | 138,987.91 | 95,009.13 | 63,258.09 |
| Debits | | (5.00) | (78,217.65) | (91,323.51) | (89,060.51) | (83,369.47) | (89,031.73) |
| Net Cash for Month | | (5.00) | 37,196.52 | (11,229.92) | 49,927.40 | 11,639.66 | (25,773.64) |
| Cumulative Cash | | (5.00) | 37,191.52 | 25,961.60 | 75,889.00 | 87,528.66 | 61,755.02 |
| | | | | | | | |
| *4D Circle* | xxxx-137 | | | | | | |
| Credits | | | 144,718.60 | 3.10 | 1.84 | 1.52 | 3,196.48 |
| Debits | | (5.00) | (34,340.00) | (38,898.57) | (32,371.45) | (20,500.00) | (10,601.86) |
| Net Cash for Month | | (5.00) | 110,378.60 | (38,895.47) | (32,369.61) | (20,498.48) | (7,405.38) |
| Cumulative Cash | | (5.00) | 110,373.60 | 71,478.13 | 39,108.52 | 18,610.04 | 11,204.66 |
| | | | | | | | |
| Total Cash - All Entities | | (20.00) | 170,694.03 | 124,658.77 | 124,541.88 | 149,350.88 | 88,001.01 |

App. 2

App. 3

**4D Liberty LLC**
**For the Quarter Ended 9/30/17**

|  | Quarter Ended 9/30/2017 | Duration of Receivership |
|---|---|---|
| *Income* | | |
| Rental Income | $ 274,738.23 | $ 505,298.74 |
| Other Income | 11,810.79 | 23,621.58 |
| Total Income | $ 286,549.02 | $ 528,920.32 |
| *Expenses* | | |
| Operating Expenses | $ 178,146.80 | $ 351,713.55 |
| Interest Expense | 110,000.00 | 192,500.00 |
| Total Expenses | $ 288,146.80 | $ 544,213.55 |
| Net Income | $ (1,597.78) | $ (15,293.23) |

App. 4

**4D Circle Lancaster**
**For the Quarter Ended 9/30/17**

*Income*

|  | Quarter Ended 9/30/2017 | Duration of Receivership |
|---|---|---|
| Rental Income | $ 123,353.00 | $ 212,132.50 |
| Other Income | 1,702.50 | 2,641.00 |
| Total Income | $ 125,055.50 | $ 214,773.50 |

*Expenses*

|  | Quarter Ended 9/30/2017 | Duration of Receivership |
|---|---|---|
| Operating Expenses | $ 112,357.27 | $ 185,744.25 |
| Interest Expense | 35,725.02 | 35,725.02 |
| Total Expenses | $ 148,082.29 | $ 221,469.27 |
| Net Income | $ (23,026.79) | $ (6,695.77) |

App. 4

App. 5

**4D Circle Stratton**
**For the Quarter Ended 9/30/17**

|  | Quarter Ended 9/30/2017 | Duration of Receivership |
|---|---|---|
| *Income* |  |  |
| Rental Income | $ 101,256.00 | $ 169,900.18 |
|  | 515.00 | 786.82 |
| Total Income | $ 101,771.00 | $ 170,687.00 |
| *Expenses* |  |  |
| Operating Expenses | $ 98,021.25 | $ 162,198.80 |
| Interest Expense | 21,895.98 | 21,895.98 |
| Total Expenses | $ 119,917.23 | $ 184,094.78 |
| Net Income | $ (18,146.23) | $ (13,407.78) |

| | Name of Property | Specific 4D Circle Subsidiary Involved | Property Description | Current Control of Property |
|---|---|---|---|---|
| | **4D Circle Properties - Status** | | | |
| 1 | Liberty | 4D Liberty LLC | Office building | Receivership |
| 2 | Lancaster | 4D Lancaster Property LLC | Apartments | Receivership |
| 3 | Stratton | 4D Stratton LLC | Apartments | Receivership |
| 4 | Tejas | 4D Tejas LLC | Office building | Matthews Group (Note 1) |
| 5 | Executive Towers | 4D Executive Tower LLC | Office building | Original Investor |
| 6 | Westfork | 4D Westfork LLC | Collection of properties slated for development | Matthews Group |
| 7 | Sivraj | 4D Sivraj LLC | Office building | Jarvis (Note 2) |
| 8 | Springbrook | 4D Springbrook LLC | Apartments | Foreclosed |
| 9 | 4D Lofts | 4D Lofts LLC | Apartments | Foreclosed |
| 10 | Las Brisas | 4D Las Brisas LLC | Apartments | Sold |
| 11 | Chiquita | 4D Chiquita LLC | Apartments | Sold |
| 12 | E-Normont | E-Normont LLC | 14 duplexes taking entire street | Sold |

Note 1 - The Matthews Group refers to Jeff Matthews, Richard Hill, and Greg Pierce, who all work as finance professionals and were involved with, and investors in, 4D Circle.

Note 2 - Jarvis refers to Roger L. Jarvis and a group of his family-related trusts that invested in 4D Circle.

## List of Known Creditors

| # | Name and Address | Amount Claimed | Description |
|---|---|---|---|
| 1 | Air Performance Service, Inc.<br>10510 Markison Road<br>Dallas, TX 75238 | 1,328.57 | Property maintenance |
| 2 | Arbor Masters<br>PO Box 414921<br>Kansas City, MO 64141 | 1,628.94 | Property maintenance |
| 3 | Cleaver Brooks Sales & Service<br>1956 Singleton Blvd.<br>Dallas, TX 75212 | 18,976.61 | Property maintenance |
| 4 | Consolidated IP Of Texas LLC<br>1400 West 7th Street, Suite 400<br>Fort Worth, TX 76102 | 334.84<br>12,467.33<br>2,846.48<br>1,300.80<br>3,483.89 | Property insurance |
| 5 | Dallas Capital Bank (through attorney John Leininger)<br>Shapiro Bieging Barber Otteson<br>5400 LBJ Freewaym Suite 930<br>Dallas, Texas 75240 | | Fees Due related to loan request to refinance property |
|   | 4D Executive Tower LLC | 2,753.00 | |
|   | 4D Liberty LLC | 15,664.00 | |
| 6 | E320 Strategic Solutions, LLC<br>1300 SW 134th Terrace<br>Oklahoma City, OK 73170 | 51,649.00 | Construction-related work performed on Police Association Blog |
| 7 | First Insurance Funding<br>450 Skokie Blvd., Suite 100<br>Northbrook, IL 60062 | 3,195.71 | Property insurance |
| 8 | Fluid IT Services<br>5601 Democracy Dr., Suite 265<br>Plano, TX 75024 | 45.00 | IT services |
| 9 | Fort Worth Pest & Termite Services<br>4621 S. Cooper #131-211<br>Arlington, TX 76017 | 291.20 | Property maintenance |
| 10 | Fujitec America Inc.<br>13615 Welch Road, Suite 105<br>Dallas, TX 75244 | 785.00 | Property maintenance |
| 11 | Ingo Money, Inc.<br>623 Holcomb Bridge Road<br>Roswell, GA 30076 | 390.48<br>530.48 | $360 bad check with fees<br>$500 bad check with fees |

| | Name and Address | Amount Claimed | Description |
|---|---|---:|---|
| | **List of Known Creditors** | | |
| 12 | Maintenance of Fort Worth, Inc. | 994.82 | Property maintenance |
| | 4100 International Plaza, Suite 525 | 3,065.09 | |
| | Fort Worth, TX 76109 | 402.58 | |
| 13 | Michael's Keys Locksmith | 861.61 | Property maintenance |
| | 4003 Colleyville Blvd. | | |
| | Colleyville, TX 76034 | | |
| 14 | Red Carpet Cleaning | 86.55 | Property maintenance |
| | PO Box 892 | 204.61 | |
| | Colleyville, TX 76034 | 205.68 | |
| 15 | Receivables Control Corporation | 40,949.00 | Property maintenance |
| | 7373 Kirkwood Court, Suite 200 | | |
| | Minneapolis, MN 55369 | | |
| 16 | Whitley Penn | 25,240.82 | Accounting services |
| | 3400 West 7th Street, Suite 400 | | |
| | Fort Worth, TX 76102 | | |
| 17 | Vail & Knauth LLP | 9,380.00 | Accounting services |
| | 1801 Gateway Blvd., Suite 212 | | |
| | Richardson, TX 75080 | | |
| 18 | Y-R-Painting | 500.00 | Property maintenance |
| | PO Box 201542 | 240.00 | |
| | Arlington, TX 76006 | 350.00 | |
| | | 760.00 | |
| | | 305.00 | |
| | | 380.00 | |

Page 2

Exhibit A

## 4D CIRCLE LLC
### Investor Summary

| Investor Name | Address | City | State | Zip Code | Investment Total |
|---|---|---|---|---|---|
| Reuben Easterling | 3060 Pharr Court N. Apt. 715 | Atlanta | GA | 30305 | 25,000.00 |
| Trent Hardin | 125 Serrano | Weatherford | TX | 76087 | 25,000.00 |
| Jayson Coombes | PO Box 1233 | Frisco | TX | 75034 | 40,000.00 |
| Erick "Shane" Edwards | 16142 Marlove Rd. | Madill | OK | 73446 | 40,000.00 |
| Joshua Merrill | 212 Little Cat Track Rd | Weatherford | TX | 76085 | 30,000.00 |
| Chris MacFarland | 5 Heather Glen Circle | Trophy Club | TX | 76262 | 100,000.00 |
| Chris Alpert | 3454 Potomac Ave | Dallas | TX | 75205 | 25,000.00 |
| Laquetta Bradshaw | 317 W. Blanco Drive | Hobbs | NM | 88240 | 24,374.98 |
| Joy Peek | #1 Knightsbridge Place | Texarkana | TX | 75503 | 50,000.00 |
| Michele Peek | 6816 Brants Lane | Fort Worth | TX | 76116 | 25,000.00 |
| Stephen Mills | 14108 Rigney Drive | Midlothian | VA | 23113 | 71,082.24 |
| Dan Southard | 3609 Lawndale | Fort Worth | TX | 76133 | 25,000.00 |
| Eric D. Strafel | 4920 Joshua | Flower Mound | TX | 75028 | 25,000.00 |
| Jeffrey Scott Jiles | 3301 Hollow Creek | Arlington | TX | 76001 | 200,000.00 |
| Maureen Solomon | 4339 Bellaire Drive S | Fort Worth | TX | 76109 | 50,000.00 |
| Bob L and Sharon W Braun | 12503 Beauline Abbey St | Tomball | TX | 77377 | 100,000.00 |
| Sunwest Trust FBO Cynthia Kay Whitaker IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 100,000.00 |
| Sunwest Trust FBO Jeffrey M. Matthews IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 200,000.00 |
|  | 16 Canyon Crest Court | Frisco | TX | 75034 |  |
| Midland IRA, Inc. FBO Stephen Mills #1637702 | P. O. Box 07520 | Fort Myers | FL | 33919 | 60,000.00 |
|  | 14108 Rigney Dr. | Midlothian | VA | 23113 |  |
| Sunwest Trust FBO Eileen Isola IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 100,000.00 |
|  | 5251 Apache Plume Rd #13106 | Fort Worth | TX | 76109 |  |
| Red Dot/Blue Dot OAT (James Webb) (JM) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 1,000,000.00 |
| Yellow Dot/Brown Dot OAT (Ted Groesbeck) (JM) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 500,000.00 |
| Robert Alpert | 8737 Canyon Dr | Dallas | TX | 75209 |  |
| Gregory Dunaway | 1000 Hazel Drive | Lantana | TX | 76226 | 100,000.00 |
| John Cech (CDA Rollover) | 2203 Abby Lane | Trophy Club | TX | 76262 | 500,000.00 |
| JHR Interests Corporation/Jason H. Reed | 3324 Miro Place | Dallas | TX | 75204 | 200,000.00 |
| Penrose Property Fund, LLC | 604 E. 4th St. #201 | Fort Worth | TX | 76102 | 250,000.00 |
| Fahmi Karam | 5515 Clermont Ct | Colleyville | TX | 76034 | 100,000.00 |
| Robert L. Clemens | 4700 Cresthaven Dr | Colleyville | TX | 76034 | 100,000.00 |
| Robert T. Rhodes (CDA Rollover) | 2833 Oakbriar Trail | Fort Worth | TX | 76109 | 400,000.00 |
| Jeffrey Scott Jiles | 3301 Hollow Creek | Arlington | TX | 76001 | 200,000.00 |
| Midland IRA, Inc. FBO Scott A. Hagood IRA #0231317 | P.O. Box 07520 | Fort Myers | FL | 33919 | 250,000.00 |
|  | P.O. Box 2418 | Chicago | IL | 60690-2418 |  |
| Britt Fair (CDA Rollover) | 2809 Hanover | Dallas | TX | 75225 | 49,166.66 |
| Ken Fisk | 3003 Hickory Grove Ct. | Fairfax | VA | 22031 | 150,000.00 |
| Priscilla Gould (CDA Rollover) | 5165 Verde Valley Ln. Apt. 2427 | Dallas | TX | 75254 | 85,000.00 |
| Jeffrey M. Matthews and Amy N. Brigman (Rollover) | 16 Canyon Crest Court | Frisco | TX | 75034 | 374,125.00 |
| John Godbey (CDA Rollover) | 1642 Crooked Creek Dr. | Carrollton | TX | 75007 | 250,000.00 |
| Timothy Tatarowicz | 3681 Shady Creek Ct | Frisco | TX | 75033 | 100,000.00 |
| Hunter Shadburne | 1725 Deerfield Dr. | Austin | TX | 78741 | 75,000.00 |
| ESSF Ventures (Chris Elley) | 4813 Woodview | Austin | TX | 78756 | 100,000.00 |
| Bret Tomlinson | 1004 Thornridge Ct. | Argyle | TX | 76226 | 50,000.00 |
| Samuel W. Allison | 5124 Pine Avenue | Waco | TX | 76710 | 50,000.00 |
| Britt Lewis Fair Trust | 2809 Hanover | Dallas | TX | 75225 | 100,000.00 |
| Curtis D. Karges | 3131 Memorial Ct. #22113 | Houston | TX | 77007 | 75,000.00 |
| Matthew Lewis | 1815 Chatfield Ln | Lucas | TX | 75002 | 50,000.00 |
| John E. Grimes | 5626 Stonegate Rd | Dallas | TX | 75209 | 100,000.00 |
| Burr Family Trust (Michael J. Burr) | 308 S. Vine St. | Hinsdale | IL | 60521 | 100,000.00 |
| Texas Size Properties (Grady Hobbs) | 216 James Drive | Heath | TX | 75032 | 50,000.00 |
| Merritt Plus, LLC (John Paul Merritt) | 4245 N. Central Expressway | Dallas | TX | 75205 | 50,000.00 |
| Hunter Carpenter | 3889 Maple Avenue, Suite 600 | Dallas | TX | 75219 | 50,000.00 |
| Sunwest Trust, Inc. FBO Deepak Kosla IRA | 10600 Menaul Blvd. N.E. | Albuquerque | NM | 87112 | 99,700.00 |
|  | 862 Acadian Garden | Orleans | ON | K1C 2V6 |  |
| 7338 McHenry St. LTD/Morton L. and Thelma Rubin | 822 Cardinal Flower Dr | Richmond | TX | 77469 | 531,550.00 |
| WFD Lewes LLC/William F. D'Alonzo | 8094 Vizcaya Way | Naples | FL | 34108 | 100,000.00 |
| Pony Oil, LLC/John Paul Merritt | 4245 N. Central Expressway, #320, Box 109 | Dallas | TX | 75205 | 650,000.00 |
| Roger L. Jarvis | 19455 Juergen Road | Cypress | TX | 77433 | 1,025,369.16 |
| Roger L. Jarvis/Morris L. Monroe CoT of Biana L Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/John R. Jarvis CoT of John Robert Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/Morris L. Monroe CoT of Jacob Roger Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Roger L. Jarvis/Morris L. Monroe CoT of Gary Evan Jarvis 2011 Fam Trust | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Hani Omar Taan | 19455 Juergen Road | Cypress | TX | 77433 | 98,637.00 |
| Polymathex, LLC (Matt Neyland) | 1361 Misty Cove | Rockwall | TX | 75084 | 60,000.00 |
| Texhoma Capital Partners LLC (JM/GP) | 5729 Lebanon Rd, Suite 144-202 | Frisco | TX | 75034 | 20,000.00 |
|  |  |  |  |  | **$9,753,553.04** |